**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

KENNETH CRAWFORD, #143333

    Plaintiff,

v.

WASHINGTON et al

    Defendants,

Case No.: 4:17-cv-11423
District Judge: Linda V. Parker
Magistrate Judge: Anthony P. Patti

| | |
|---|---|
| KENNETH CRAWFORD, #143333<br>Muskegon Correctional Facility<br>2400 S. Sheridan<br>Muskegon, MI 49442<br>*Pro Se Plaintiff* | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A., LL.M (P37603)<br>Carly Van Thomme (P59706)<br>Attorneys for Defendants Quality Correctional Care of Michigan and Craig Hutchinson, M.D.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>cvanthomme@chapmanlawgroup.com |
| MICHIGAN DEPT. OF ATTORNEY GENERAL<br>Elizabeth R. Husa-Briggs (P73907)<br>Attorney for MDOC Defendants<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 373-6434<br>briggse1@michigan.gov | |

**EXHIBIT B – RELEVANT MEDICAL RECORDS FILED UNDER SEAL**